```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 20564
   CRYSTAL L BERRY
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
       Debtor
   SSN XXX-XX-8315

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 11/03/2007 and was confirmed 01/31/2008.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was dismissed after confirmation 11/20/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG         .00             .00             .00
GMAC MORTGAGE              MORTGAGE ARRE    12370.47             .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          749.95             .00             .00
COMCAST                    UNSECURED        NOT FILED            .00             .00
DEPT OF EMER MED           UNSECURED        NOT FILED            .00             .00
EMERGENCY CARE PHYSICIAN   UNSECURED        NOT FILED            .00             .00
NATIONWIDE ACCEPTANCE~     UNSECURED        NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED            .00             .00
PLAINS COMMERCE BANK       UNSECURED          243.24             .00             .00
DAKOTA STATE BANK          UNSECURED          411.05             .00             .00
TRIBUTE/FBOFD              UNSECURED        NOT FILED            .00             .00
GMAC MORTGAGE CORP         NOTICE ONLY      NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,393.00                       3,191.58
TOM VAUGHN                 TRUSTEE                                            273.42
DEBTOR REFUND              REFUND                                             315.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              3,780.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               3,191.58
TRUSTEE COMPENSATION                           273.42
DEBTOR REFUND                                  315.00
                    --------------         --------------
TOTALS               3,780.00                3,780.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 20564 CRYSTAL L BERRY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/25/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE